# 910     Cases Reported with Brief Syllabi.

Peter Niblock, Respondent, v. Homer Sprague, Appellant.— Judgment and order affirmed, with costs. All concurred.

George Fisk, Jr., Respondent, v. Sumner Fisk, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., and Robson, J., who dissented upon the ground that the nonsuit was proper because there was no proof of conversion.

S. Byron Hershey, Appellant, v. Angelina Marrone, as Administratrix, etc., of Alberto G. Rosati, Deceased, Respondent.— Judgment affirmed, with costs. All concurred.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. The Empire State Surety Company, Appellant, Impleaded with Frank Reavley.— Judgment affirmed, with costs, upon the opinion of Kruse, J., upon former appeal in same case, reported in *Clement* v. *Reavley* (126 App. Div. 215). All concurred.

In the Matter of the Appraisal of the Estate of William P. Pierce, Deceased, under the Acts Relating to Taxable Transfers.— Motion granted amending order entered May 5, 1909, by inserting therein a statement that said order of reversal was made upon questions of law and fact.

Charles Braun, as Administrator, etc., of Nicholas Braun, Deceased, Appellant, v. Buffalo General Electric Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, without costs.

Henry G. Felkel and Another, Respondents, v. Syracuse, Binghamton and New York Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

---

## Third Department, September, 1909.

Frank Gick, as Executor, etc., of Rosina Stumpf, Deceased, Respondent, v. Frank Stumpf, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., dissenting.

Asa Hall, Respondent, v. Stephen S. Brown, as Administrator, etc., of James H. Brown, Deceased, Appellant.— Judgment affirmed, with costs. All concurred, except Kellogg, J., dissenting.

William H. Lenney, Respondent, v. George Terrance, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William E. Martin, Respondent, v. Sweet & Doyle Valve Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg and Cochrane, JJ., dissenting.

Claude C. Merrihew, Appellant, v. Charles M. Reynolds, Appellant, Impleaded with Cynthia Parrott, Respondent, and Fred Parrott and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., not voting.

James Patrick, Respondent, v. Victor Knitting Mills Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg and Sewell, JJ., dissenting.